UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:09-cr-22-01 SEB-DKL |
| vs. ) | |
| ) | |
| MICHAEL LEE SPARKS, ) | |
| ) | |
| Defendant. ) | |

### ENTRY ON DEFENDANT'S MOTION TO DISMISS
(Docket No. 27)

Defendant, *pro se*, has filed a Motion to Dismiss the United States Probation Office's September 2, 2011 Petition to Revoke his Supervised Release. Defendant asserts that because he was arrested for new crimes allegedly committed while on supervised release and has been in state custody ever since, any time that he had left to serve on supervised release has been spent in the Marion County Jail. The Government responds that, even though the USPO Petition was filed well over a year ago, it would be premature to dismiss it. The Government explains that: (1) Defendant is set to go to trial on June 6, 2013 for one of the crimes that he allegedly committed while on supervised release; and (2) depending on the outcome of that trial, the Government will either move forward on the USPO Petition or dismiss it.

Given the Government's response, the Court denies Defendant's Motion to Dismiss. If the USPO Petition is not dismissed in the meantime, the Government shall file a status report no later than <u>August 30, 2013</u>.

IT IS SO ORDERED.

Date:  06/05/2013

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Electronically registered counsel of record